United States District Court
Southern District of Texas

**ENTERED**

December 17, 2024

Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **ENERGY FUNDAMENTALS GROUP, LLC,** | § § § | |
| **Plaintiff,** | § § | |
| **VS.** | § | **CIVIL ACTION NO. 4:24-CV-1427** |
| | § | |
| **GULF PROCESS GAS, LLC, *et al.*,** | § § | |
| | § | |
| **Defendants.** | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court is Plaintiff's Motion for Summary Judgment (Doc. No. 10), which had been referred to Magistrate Judge Dena Hanovice Palermo for a report and recommendation. On November 27, 2024, Judge Palermo issued the Report and Recommendation on Plaintiff's Motion for Summary Judgment (Doc. No. 10), recommending that the Motion for Summary Judgment be granted. The time for filing objections has passed, and no objections were filed.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and Recommendation for clear error. Finding no clear error, the Court adopts the Report and Recommendation in its entirety. Accordingly, Plaintiff's Motion for Summary Judgment (Doc. No. 10) is hereby **GRANTED**.

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth above, final judgment is hereby **ENTERED** for Plaintiff Energy Fundamentals Group, LLC.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 17th day of December, 2024.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

.